In re KUPFER CORPORATION. (Circuit Court of Appeals, Ninth Circuit. October 11, 1916.) No. 2844. Petition to Revise Certain Orders of the District Court of the United States for the Southern Division of the Southern District of California. H. Broadshaw Birchby and Herbert Cutler Brown, both of Los Angeles, Cal., for petitioner.

PER CURIAM. The above-entitled matter came on to be heard on the said petition for revision, and it appearing that the petitioner herein has failed to comply with the provisions of rules 23 and 24 of the rules of practice of this court (231 Fed. v, vi, 144 C. C. A. v, vi), in that the petition has not been printed as required by said rule 23, and it further appearing to the court that counsel for the petitioner has failed to file with the clerk of this court a printed brief at least 15 days before the matter was called for argument, as required by said rule 24, and that, according to this rule, the petitioner is in default, and that as prescribed by section 5 thereof the case may be dismissed, on consideration whereof, it is now here ordered and adjudged by this court that the petition for revision in this matter be and hereby is dismissed, for the noncompliance by the petitioner with the provisions of rules 23 and 24 of the rules of practice of this court. It is further ordered and adjudged by this court that the respondent recover against the petitioner for its costs herein expended and have execution therefor.

---

LEE LING HING v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. October 3, 1916.) No. 2863. In Error to the District Court of the United States for the Southern Division of the Southern District of California. Albert Schoonover, U. S. Atty., and J. Robert O'Connor, Asst. U. S. Atty., both of Los Angeles, Cal.

PER CURIAM. This cause came on regularly to be heard on the motion of counsel for the defendant in error to dismiss the writ of error therein for the noncompliance by the plaintiff in error with the provisions of subdivision 1 of rule 16 of the rules of practice of this court (208 Fed. ix, 124 C. C. A. ix), and was duly submitted, and it appearing to the court that the plaintiff in error has failed to file a record thereof and to docket the case by or before the return day, and has failed to comply with the said rule, and that, pursuant to the said rule, the defendant in error has docketed the case and produced and filed a certificate of the clerk of the said district court, stating the case and certifying that a writ of error therein had been duly sued out, on consideration whereof, and pursuant to the provisions of subdivision 1 of rule 16 of the rules of practice of this court, it is ordered and adjudged by this court that the said motion be and hereby is granted, and that the writ of error in this cause be and hereby is dismissed.